```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DOWNTOWN MUSIC PUBLISHING LLC, OLE      :   19cv2426(DLC)
MEDIA MANAGEMENT, L.P., BIG DEAL        :
MUSIC, LLC, CYPMP, LLC, PEER            :   PRETRIAL
INTERNATIONAL CORPORATION, PSO          :   SCHEDULING ORDER
LIMITED, PEERMUSIC LTD., PEERMUSIC      :
III, LTD., PEERTUNES, LTD., SONGS OF    :
PEER LTD., RESERVOIR MEDIA MANAGEMENT,  :
INC., THE RICHMOND ORGANIZATION, INC.,  :
ROUND HILL MUSIC LLC, THE ROYALTY       :
NETWORK, INC. and ULTRA INTERNATIONAL   :
MUSIC PUBLISHING, LLC,                  :
                                        :
                    Plaintiffs,         :
          -v-                           :
                                        :
PELOTON INTERACTIVE, INC.,              :
                                        :
                    Defendant.          :
------------------------------------- X
```



DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on **May 9, 2019**, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **May 31, 2019**.

2. No additional parties may be joined or pleadings amended after **May 31, 2019**.

3. The parties are instructed to submit a letter by **May 31, 2019**, informing the Court of their preferred forum for mediation, which is to occur no later than **September 2019**.

4. All fact discovery must be completed by **December 13, 2019**.

5. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **January 17, 2020**.  Identification of rebuttal

experts and disclosure of their expert testimony must occur by **February 21, 2020**.

6. All expert discovery must be completed by **March 20, 2020**.

7. The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **April 10, 2020**
    - Opposition served by **May 1, 2020**
    - Reply served by **May 15, 2020**

8. In the event no motion is filed, the Joint Pretrial Order must be filed by **April 10, 2020**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

SO ORDERED:

Dated:   New York, New York
         May 10, 2019

                                   _____
                                          DENISE COTE
                                   United States District Judge