UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA MANAGEMENT, L.P., BIG DEAL MUSIC, LLC, CYPMP, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., PEERTUNES, LTD., SONGS OF PEER LTD., RESERVOIR MEDIA MANAGEMENT, INC., THE RICHMOND ORGANIZATION, INC., ROUND HILL MUSIC LLC, THE ROYALTY NETWORK, INC. and ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,

*Plaintiffs and Counterclaim Defendants,* and

GREENSLEEVES PUBLISHING LIMITED, ME GUSTA MUSIC, LLC, RALEIGH MUSIC PUBLISHING LLC, STB MUSIC, INC., and TUNECORE, INC.,

*Plaintiffs,* and

NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC.,

*Counterclaim Defendant.*

v.

PELOTON INTERACTIVE, INC.

*Defendant and Counterclaim Plaintiff.*

No. 1:19-cv-02426-DLC

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2019

---

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO RALEIGH MUSIC PUBLISHING LLC**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the undersigned parties that Plaintiff Raleigh Music Publishing LLC is hereby dismissed with prejudice from the above-captioned matter, with each party to bear its own costs and attorneys' fees, and with all rights of appeal waived.

So ordered.
*/s/ Denise Cote*
Sept. 13, 2019

Dated: September 9, 2019
New York, New York

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>*/s/ Jay Cohen*<br>Jay Cohen<br>Darren W. Johnson<br>Elana R. Beale<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Phone: (212) 373-3000<br>Fax: (212) 757-3990<br>jaycohen@paulweiss.com<br>djohnson@paulweiss.com<br>ebeale@paulweiss.com<br><br>*Attorneys for Plaintiffs-Counterclaim Defendants and Counterclaim Defendant* | KING & SPALDING LLP<br><br>*/s/ Kenneth Steinthal*<br>Kenneth L. Steinthal<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>Phone: (415) 318-1200<br>Fax: (415) 318-1300<br>ksteinthal@kslaw.com<br><br>J. Blake Cunningham (*pro hac vice*)<br>500 West 2nd Street, Suite 1800<br>Austin, TX 78701<br>Phone: (512) 457-2000<br>Fax: (512) 457-2100<br>bcunningham@kslaw.com<br><br>Christopher C. Yook (*pro hac vice*)<br>David P. Mattern (*pro hac vice*)<br>1700 Pennsylvania Avenue, Suite 200<br>Washington, DC 20006<br>Phone: (202) 737-0500<br>Fax: (202) 626-3737<br>cyook@kslaw.com<br>dmattern@kslaw.com<br><br>Emily T. Chen<br>1185 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 556-2100<br>Fax: (212) 556-2222<br>echen@kslaw.com<br><br>*Attorneys for Defendant-Counterclaim Plaintiff Peloton Interactive, Inc.* |

**SO ORDERED** this ___ day of September, 2019.

---
THE HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

2