```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA   :
MANAGEMENT, L.P., BIG DEAL MUSIC, LLC,     :
CYPMP, LLC, PEER INTERNATIONAL CORPORATION,:
PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III,:     19cv2426(DLC)
LTD., PEERTUNES, LTD., SONGS OF PEER LTD., :
RESERVOIR MEDIA MANAGEMENT, INC., THE      :        ORDER
RICHMOND ORGANIZATION, INC., ROUND HILL    :
MUSIC LLC, THE ROYALTY NETWORK, INC. ULTRA :
INTERNATIONAL MUSIC PUBLISHING, LLC, TUNE  :
CORE, INC., RALEIGH MUSIC PUBLISHING LLC,  :
ME GUSTA MUSIC, LLC, STB MUSIC, INC., and  :
GREENSLEEVES PUBLISHING LIMITED,           :
                                           :
                        Plaintiffs,        :
                                           :
                -v-                        :
                                           :
PELOTON INTERACTIVE, INC.,                 :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
                                           :
PELOTON INTERACTIVE, INC.,                 :
                                           :
                        Counterclaimant,   :
                                           :
                -v-                        :
                                           :
NATIONAL MUSIC PUBLISHERS ASSOCIATION,     :
INC., BIG DEAL MUSIC, LLC, CYPMP, LLC,     :
DOWNTOWN MUSIC PUBLISHING LLC, PSO LIMITED,:
PEER INTERNATIONAL CORP., PEERMUSIC III,   :
LTD., PEERMUSIC, LTD., PEERTUNES, LTD.,    :
RESERVOIR MEDIA MANAGEMENT, INC., ROUND    :
HILL MUSIC LLC, SONGS OF PEER, LTD., THE   :
RICHMOND ORGANIZATION, INC., THE ROYALTY   :
NETWORK INC., ULTRA INTERNATIONAL MUSIC    :
PUBILSHING, LLC, and OLE MEDIA MANAGEMENT, :
L.P.,                                      :
                                           :
                        Counterdefendants. :
                                           :
-------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2019

DENISE COTE, District Judge:

On September 12, 2019, the plaintiffs filed a letter with the Court requesting leave to amend their May 31, 2019 First Amended Complaint. On September 13, 2019, the defendant filed a letter requesting a conference with the Court regarding a discovery dispute. It is hereby

ORDERED that a conference to discuss the above-matters is scheduled for **September 26** at **3:00 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:  New York, New York
        September 13, 2019

                                    _____
                                    DENISE COTE
                                    United States District Judge