```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA :
MANAGEMENT, L.P., BIG DEAL MUSIC, LLC,  :
CYPMP, LLC, PEER INTERNATIONAL CORPORATION,:
PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III,:    19cv2426(DLC)
LTD., PEERTUNES, LTD., SONGS OF PEER LTD.,:
RESERVOIR MEDIA MANAGEMENT, INC., THE   :         ORDER
RICHMOND ORGANIZATION, INC., ROUND HILL :
MUSIC LLC, THE ROYALTY NETWORK, INC. ULTRA:
INTERNATIONAL MUSIC PUBLISHING, LLC, TUNE:
CORE, INC., RALEIGH MUSIC PUBLISHING LLC,:
ME GUSTA MUSIC, LLC, STB MUSIC, INC., and:
GREENSLEEVES PUBLISHING LIMITED,        :
                                        :
                         Plaintiffs,    :
                                        :
                -v-                     :
                                        :
PELOTON INTERACTIVE, INC.,              :
                                        :
                         Defendant.     :
                                        :
----------------------------------------X
                                        :
PELOTON INTERACTIVE, INC.,              :
                                        :
                      Counterclaimant,  :
                                        :
                -v-                     :
                                        :
NATIONAL MUSIC PUBLISHERS ASSOCIATION,  :
INC., BIG DEAL MUSIC, LLC, CYPMP, LLC,  :
DOWNTOWN MUSIC PUBLISHING LLC, PSO LIMITED,:
PEER INTERNATIONAL CORP., PEERMUSIC III,:
LTD., PEERMUSIC, LTD., PEERTUNES, LTD., :
RESERVOIR MEDIA MANAGEMENT, INC., ROUND :
HILL MUSIC LLC, SONGS OF PEER, LTD., THE:
RICHMOND ORGANIZATION, INC., THE ROYALTY:
NETWORK INC., ULTRA INTERNATIONAL MUSIC :
PUBILSHING, LLC, and OLE MEDIA MANAGEMENT,:
L.P.,                                   :
                                        :
                      Counterdefendants.:
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2019

DENISE COTE, District Judge:

A conference was held in the above-captioned case on September 26, 2019. For the reasons stated on the record, it is hereby

ORDERED that Plaintiffs' September 12, 2019 motion for leave to file a second amended complaint is granted.


Dated:      New York, New York
            September 27, 2019

                                        _____
                                                DENISE COTE
                                        United States District Judge