UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA MANAGEMENT, L.P., BIG DEAL MUSIC, LLC, CYPMP, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., PEERTUNES, LTD., SONGS OF PEER LTD., RESERVOIR MEDIA MANAGEMENT, INC., THE RICHMOND ORGANIZATION, INC., ROUND HILL MUSIC LLC, THE ROYALTY NETWORK, INC., and ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC,

        Plaintiffs and Counterclaim Defendants, and

DEVON MUSIC, INC., ESSEX MUSIC, INC., ESSEX MUSIC INTERNATIONAL, INC., FOLKWAYS MUSIC PUBLISHERS, INC., HAMPSHIRE HOUSE PUBLISHING CORP., HOLLIS MUSIC, INC., LUDLOW MUSIC, INC., MELODY TRAILS, INC., MUSICAL COMEDY PRODUCTIONS, INC., PALM VALLEY MUSIC, LLC, WORDS & MUSIC, INC., GREENSLEEVES PUBLISHING LIMITED, ME GUSTA MUSIC, LLC, ROUND HILL MUSIC LP, STB MUSIC, INC., and TUNECORE, INC.,

        Plaintiffs, and

NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC.,

        Counterclaim Defendant,

        v.

PELOTON INTERACTIVE, INC.,

        Defendant and Counterclaim Plaintiff.

No. 19 CV 02426 (DLC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2019

## JOINT [PROPOSED] AMENDED SCHEDULING ORDER

Plaintiffs Downtown Music Publishing LLC, Anthem Entertainment L.P. (f/k/a ole Media Management, L.P.), Big Deal Music, LLC, CYPMP, LLC, doing business as Pulse Music Group, Peer International Corporation, PSO Limited, Peermusic Ltd., Peermusic III, Ltd., Peertunes, Ltd., Songs of Peer, Ltd., Greensleeves Publishing Limited, Me Gusta Music, LLC, Reservoir Media Management, Inc., The Richmond Organization, Inc., Devon Music, Inc., Essex Music, Inc., Essex Music International, Inc., Folkways Music Publishers, Inc., Hampshire House Publishing Corp., Hollis Music, Inc., Ludlow Music, Inc., Melody Trails, Inc., Musical Comedy Productions, Inc., Palm Valley Music, LLC, Words & Music, Inc., Round Hill Music LLC, Round Hill Music LP, The Royalty Network, Inc., STB Music, Inc., TuneCore, Inc. and Ultra International Music Publishing, LLC (collectively, the "Publishers"), Counterclaim Defendant National Music Publishers' Association, Inc. ("NMPA") and Defendant Peloton Interactive, Inc., by and through their undersigned attorneys, hereby submit the following proposed amended Scheduling Order.

**A.     Proposed Discovery Plan**

**1.     Close of Fact Discovery:** Fact discovery will close on March 6, 2020.

**2.     Expert Reports Due:** Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B) by the party bearing the burden on an issue will be due on April 10, 2020.

**3.     Rebuttal Expert Reports Due:** Identification of rebuttal experts and disclosure of their expert testimony will be due on May 15, 2020.

**4.     Close of Expert Discovery:** Expert discovery will close on June 12, 2020.

5.  **Dispositive Motions Due:** Any motion for summary judgment will be served by July 3, 2020. Any opposition will be served by July 24, 2020. Any reply will be due by August 7, 2020.

6.  **Joint Pretrial Order:** In the event no dispositive motion is filed, a Joint Pretrial Order will be filed by July 3, 2020.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

*The July 3, 2020 dates are firm.*

*[signature]*
*Oct. 3, 2019*

Dated: New York, New York
October 2, 2019

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: *[signature: Elana R. Beale]*
Jay Cohen
Darren W. Johnson
Elana R. Beale
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
jaycohen@paulweiss.com
djohnson@paulweiss.com
ebeale@paulweiss.com

*Attorneys for the Publishers and NMPA*

KING & SPALDING LLP

By: *[signature: Kenneth Steinthal]*
Kenneth L. Steinthal
101 Second Street
Suite 2300
San Francisco, CA 94105
Phone: (415) 318-1200
ksteinthal@kslaw.com

J. Blake Cunningham (*pro hac vice*)
401 Congress Avenue
Suite 3200
Austin, TX 78701
Phone: (512) 457-2000
bcunningham@kslaw.com

3

1700 Pennsylvania Ave.
Suite 200
Washington, DC 20006
Phone: (202) 737-0500
cyook@kslaw.com
dmattern@kslaw.com

Emily T. Chen
1185 Avenue of the Americas
New York, NY 10036
Phone: (212) 556-2100
echen@kslaw.com

*Attorneys for Peloton Interactive, Inc.*

IT IS SO ORDERED this ___ day of October, 2019

_____
The Honorable Denise Cote
United States District Judge