```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
                                             :
DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA      :
MANAGEMENT, L.P., BIG DEAL MUSIC, LLC,        :
CYPMP, LLC, PEER INTERNATIONAL CORPORATION,   :
PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III,   :    19cv2426(DLC)
LTD., PEERTUNES, LTD., SONGS OF PEER LTD.,    :
RESERVOIR MEDIA MANAGEMENT, INC., THE         :        ORDER
RICHMOND ORGANIZATION, INC., ROUND HILL       :
MUSIC LLC, THE ROYALTY NETWORK, INC. ULTRA    :
INTERNATIONAL MUSIC PUBLISHING, LLC, TUNE     :
CORE, INC., RALEIGH MUSIC PUBLISHING LLC,     :
ME GUSTA MUSIC, LLC, STB MUSIC, INC., and     :
GREENSLEEVES PUBLISHING LIMITED,              :
                                             :
                   Plaintiffs,               :
                                             :
              -v-                            :
                                             :
PELOTON INTERACTIVE, INC.,                    :
                                             :
                   Defendant.                :
                                             :
---------------------------------------------X
                                             :
PELOTON INTERACTIVE, INC.,                    :
                                             :
                   Counterclaimant,          :
                                             :
              -v-                            :
                                             :
NATIONAL MUSIC PUBLISHERS ASSOCIATION,        :
INC., BIG DEAL MUSIC, LLC, CYPMP, LLC,        :
DOWNTOWN MUSIC PUBLISHING LLC, PSO LIMITED,   :
PEER INTERNATIONAL CORP., PEERMUSIC III,      :
LTD., PEERMUSIC, LTD., PEERTUNES, LTD.,       :
RESERVOIR MEDIA MANAGEMENT, INC., ROUND       :
HILL MUSIC LLC, SONGS OF PEER, LTD., THE      :
RICHMOND ORGANIZATION, INC., THE ROYALTY      :
NETWORK INC., ULTRA INTERNATIONAL MUSIC       :
PUBILSHING, LLC, and OLE MEDIA MANAGEMENT,    :
L.P.,                                        :
                                             :
                   Counterdefendants.        :
                                             :
---------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/19

DENISE COTE, District Judge:

On June 24, 2019, the plaintiffs moved pursuant to Rule
12(b)(6), Fed. R. Civ. P., to dismiss the defendant's June 14
counterclaims.  On September 27, the plaintiffs filed a second
amended complaint.  On October 11, the defendant filed an answer
to the second amended complaint and amended counterclaims.  It is
hereby

ORDERED that the plaintiffs' June 24, 2019 motion to dismiss
is terminated as moot.

IT IS FURTHER ORDERED that the plaintiffs shall serve any
renewed motion to dismiss by **October 25, 2019**.  Any opposition
shall be served by **November 8**. Any reply shall be served by
**November 15**.  At the time any reply is served, the plaintiffs
shall supply two courtesy copies of all motions papers to
Chambers by mail or delivery to the United States Courthouse, 500
Pearl Street, New York, New York.

Dated:    New York, New York
          October 15, 2019

                                   _____
                                        DENISE COTE
                                   United States District Judge

2