```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA   :
MANAGEMENT, L.P., BIG DEAL MUSIC, LLC,     :
CYPMP, LLC, PEER INTERNATIONAL CORPORATION,:
PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III,:    19cv2426(DLC)
LTD., PEERTUNES, LTD., SONGS OF PEER LTD., :
RESERVOIR MEDIA MANAGEMENT, INC., THE      :        ORDER
RICHMOND ORGANIZATION, INC., ROUND HILL    :
MUSIC LLC, THE ROYALTY NETWORK, INC. ULTRA :
INTERNATIONAL MUSIC PUBLISHING, LLC, TUNE  :
CORE, INC., RALEIGH MUSIC PUBLISHING LLC,  :
ME GUSTA MUSIC, LLC, STB MUSIC, INC., and  :
GREENSLEEVES PUBLISHING LIMITED,           :
                                          :
                        Plaintiffs,        :
                                          :
                -v-                        :
                                          :
PELOTON INTERACTIVE, INC.,                 :
                                          :
                        Defendant.         :
                                          :
------------------------------------------X
                                          :
PELOTON INTERACTIVE, INC.,                 :
                                          :
                        Counterclaimant,   :
                                          :
                -v-                        :
                                          :
NATIONAL MUSIC PUBLISHERS ASSOCIATION,     :
INC., BIG DEAL MUSIC, LLC, CYPMP, LLC,     :
DOWNTOWN MUSIC PUBLISHING LLC, PSO LIMITED,:
PEER INTERNATIONAL CORP., PEERMUSIC III,   :
LTD., PEERMUSIC, LTD., PEERTUNES, LTD.,    :
RESERVOIR MEDIA MANAGEMENT, INC., ROUND    :
HILL MUSIC LLC, SONGS OF PEER, LTD., THE   :
RICHMOND ORGANIZATION, INC., THE ROYALTY   :
NETWORK INC., ULTRA INTERNATIONAL MUSIC    :
PUBILSHING, LLC, and OLE MEDIA MANAGEMENT, :
L.P.,                                      :
                                          :
                        Counterdefendants. :
                                          :
------------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

DENISE COTE, District Judge:

An Opinion and Order filed today granted the Counter-Defendants' October 25, 2019 motion to dismiss Peloton's counterclaims. It is hereby

ORDERED that the parties shall engage in settlement discussions through private mediation in **February 2020**.

Dated:  New York, New York
        January 29, 2020

```
                         _____
                              DENISE COTE
                         United States District Judge
```