```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA :
MANAGEMENT, L.P., BIG DEAL MUSIC, LLC, :
CYPMP, LLC, PEER INTERNATIONAL CORPORATION, :
PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, :      19cv2426(DLC)
LTD., PEERTUNES, LTD., SONGS OF PEER LTD., :
RESERVOIR MEDIA MANAGEMENT, INC., THE  :           ORDER
RICHMOND ORGANIZATION, INC., ROUND HILL :
MUSIC LLC, THE ROYALTY NETWORK, INC. ULTRA :
INTERNATIONAL MUSIC PUBLISHING, LLC, TUNE :
CORE, INC., RALEIGH MUSIC PUBLISHING LLC, :
ME GUSTA MUSIC, LLC, STB MUSIC, INC., and :
GREENSLEEVES PUBLISHING LIMITED,       :
                                       :
                    Plaintiffs,        :
                                       :
          -v-                          :
                                       :
PELOTON INTERACTIVE, INC.,             :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
                                       :
PELOTON INTERACTIVE, INC.,             :
                                       :
                    Counterclaimant,   :
                                       :
          -v-                          :
                                       :
NATIONAL MUSIC PUBLISHERS ASSOCIATION, :
INC., BIG DEAL MUSIC, LLC, CYPMP, LLC, :
DOWNTOWN MUSIC PUBLISHING LLC, PSO LIMITED, :
PEER INTERNATIONAL CORP., PEERMUSIC III, :
LTD., PEERMUSIC, LTD., PEERTUNES, LTD., :
RESERVOIR MEDIA MANAGEMENT, INC., ROUND :
HILL MUSIC LLC, SONGS OF PEER, LTD., THE :
RICHMOND ORGANIZATION, INC., THE ROYALTY :
NETWORK INC., ULTRA INTERNATIONAL MUSIC :
PUBILSHING, LLC, and OLE MEDIA MANAGEMENT, :
L.P.,                                  :
                                       :
                    Counterdefendants. :
                                       :
-------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2020

DENISE COTE, District Judge:

An Opinion and Order filed earlier today was misdated January 29, 2019. It is hereby

ORDERED that an Opinion and Order with today's date, January 29, 2020, replaces the misdated Opinion and Order.

Dated:   New York, New York
         January 29, 2020

                              _____
                                     DENISE COTE
                              United States District Judge