UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA MANAGEMENT, L.P., BIG DEAL MUSIC, LLC, CYPMP, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., PEERTUNES, LTD., SONGS OF PEER LTD., RESERVOIR MEDIA MANAGEMENT, INC., THE RICHMOND ORGANIZATION, INC., DEVON MUSIC, INC., ESSEX MUSIC, INC., ESSEX MUSIC INTERNATIONAL, INC., FOLKWAYS MUSIC PUBLISHERS, INC., HAMPSHIRE HOUSE PUBLISHING CORP., HOLLIS MUSIC, INC., LUDLOW MUSIC, INC., MELODY TRAILS, INC., MUSICAL COMEDY PRODUCTIONS, INC., PALM VALLEY MUSIC, LLC, WORDS & MUSIC, INC., ROUND HILL MUSIC LLC, ROUND HILL MUSIC LP, THE ROYALTY NETWORK, INC., and ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC, | No. 1:19-cv-02426-DLC |
| *Plaintiffs and Counterclaim Defendants,* and | |
| GREENSLEEVES PUBLISHING LIMITED, ME GUSTA MUSIC, LLC, STB MUSIC, INC., and TUNECORE, INC., | |
| *Plaintiffs,* and | |
| NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC., | |
| *Counterclaim Defendant.* | |
| v. | |
| PELOTON INTERACTIVE, INC. | |
| *Defendant and Counterclaim Plaintiff.* | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to the above-captioned action have entered into a settlement agreement dated as of February 24, 2020 for the purpose of settling all disputes and controversies asserted or that could have been asserted in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to the above-captioned action hereby stipulate and agree to the dismissal of this action, including all claims and counterclaims herein, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:   New York, New York
         February 27, 2020

<table>
<tr><td>

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: _/s/ Jay Cohen/ JAM_
    Jay Cohen
    Darren W. Johnson
    Elana R. Beale
1285 Avenue of the Americas
New York, New York 10019-6064
 (212) 373-3000

jaycohen@paulweiss.com
djohnson@paulweiss.com
ebeale@paulweiss.com

*Attorneys for Plaintiffs/Counterclaim-Defendants*

</td><td>

KING & SPALDING LLP

By: _/s/ Kenneth Steinthal/ JAM_
Kenneth L. Steinthal
101 Second Street
Suite 2300
San Francisco, CA 94105
(415) 318-1200
ksteinthal@kslaw.com

J. Blake Cunningham (*pro hac vice*)
401 Congress Avenue
Suite 3200
Austin, TX 78701
(512) 457-2000
bcunningham@kslaw.com

Christopher Yook (*pro hac vice*)
David P. Mattern (*pro hac vice*)
1700 Pennsylvania Ave.
Suite 200
Washington, DC 20006
(202) 737-0500
cyook@kslaw.com
dmattern@kslaw.com

Emily T. Chen
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
echen@kslaw.com

*Attorneys for Defendant/Counterclaim-Plaintiff*

</td></tr>
</table>