AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION          ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>19-cv-02426-DLC | DATE FILED<br>3/19/2019 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Downtown Music Publishing LLC, et al., | Peloton Interactive, Inc., et al., |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order     ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☑ No | DATE RENDERED<br>2/27/2020 |
|---|---|---|

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>2/27/2020 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action,
   mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights
3) Upon termination of action,
   mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOWNTOWN MUSIC PUBLISHING LLC, OLE MEDIA MANAGEMENT, L.P., BIG DEAL MUSIC, LLC, CYPMP, LLC, PEER INTERNATIONAL CORPORATION, PSO LIMITED, PEERMUSIC LTD., PEERMUSIC III, LTD., PEERTUNES, LTD., SONGS OF PEER LTD., RESERVOIR MEDIA MANAGEMENT, INC., THE RICHMOND ORGANIZATION, INC., DEVON MUSIC, INC., ESSEX MUSIC, INC., ESSEX MUSIC INTERNATIONAL, INC., FOLKWAYS MUSIC PUBLISHERS, INC., HAMPSHIRE HOUSE PUBLISHING CORP., HOLLIS MUSIC, INC., LUDLOW MUSIC, INC., MELODY TRAILS, INC., MUSICAL COMEDY PRODUCTIONS, INC., PALM VALLEY MUSIC, LLC, WORDS & MUSIC, INC., ROUND HILL MUSIC LLC, ROUND HILL MUSIC LP, THE ROYALTY NETWORK, INC., and ULTRA INTERNATIONAL MUSIC PUBLISHING, LLC, | No. 1:19-cv-02426-DLC |
| *Plaintiffs and Counterclaim Defendants, and* | |
| GREENSLEEVES PUBLISHING LIMITED, ME GUSTA MUSIC, LLC, STB MUSIC, INC., and TUNECORE, INC., | |
| *Plaintiffs, and* | |
| NATIONAL MUSIC PUBLISHERS' ASSOCIATION, INC., | |
| *Counterclaim Defendant.* | |
| v. | |
| PELOTON INTERACTIVE, INC. | |
| *Defendant and Counterclaim Plaintiff.* | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to the above-captioned action have entered into a settlement agreement dated as of February 24, 2020 for the purpose of settling all disputes and controversies asserted or that could have been asserted in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to the above-captioned action hereby stipulate and agree to the dismissal of this action, including all claims and counterclaims herein, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:    New York, New York
          February 27, 2020

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: *[signature]* /AM
    Jay Cohen
    Darren W. Johnson
    Elana R. Beale
1285 Avenue of the Americas
New York, New York 10019-6064
 (212) 373-3000

jaycohen@paulweiss.com
djohnson@paulweiss.com
ebeale@paulweiss.com

*Attorneys for Plaintiffs/Counterclaim-
Defendants*

KING & SPALDING LLP

By: *[signature]* /AM
Kenneth L. Steinthal
101 Second Street
Suite 2300
San Francisco, CA 94105
(415) 318-1200
ksteinthal@kslaw.com

J. Blake Cunningham (*pro hac vice*)
401 Congress Avenue
Suite 3200
Austin, TX 78701
(512) 457-2000
bcunningham@kslaw.com

Christopher Yook (*pro hac vice*)
David P. Mattern (*pro hac vice*)
1700 Pennsylvania Ave.
Suite 200
Washington, DC 20006
(202) 737-0500
cyook@kslaw.com
dmattern@kslaw.com

Emily T. Chen
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
echen@kslaw.com

*Attorneys for Defendant/Counterclaim-
Plaintiff*

## Exhibit A

| Song Title | PA Number |
|---|---|
| A LOVE SONG | PAu003509586 |
| AIN'T WORTH THE WHISKEY | PA0001911891 |
| ALL I WANNA DO | PA000066414, PA0000669884 |
| ALL MIXED UP | PA0000776562 |
| AMBER | PA0001100362 |
| AMERICAN HONEY | PA0001734053 |
| ANIMAL | PAu003532360 |
| ANIMALS | PA0001947800 |
| BABY DON'T LIE | PA0001996733 |
| BAD (FEAT. VASSY) - LISTENIN' CONTINUOUS MIX | PA0001936649 |
| BATTLEFIELD | PA0001651018 |
| BE MY BABY | PA0001945986 |
| BEAUTIFUL DISASTER | PA0000867931 |
| BET AIN'T WORTH THE HAND | PA0002146975 |
| BLACK & BLUE | PA0001761396 |
| BLACK WIDOW | PA0001925126 |
| BLEEDING LOVE | PA0001613694 |
| BLOW | PA0001715888 |
| BONFIRE HEART | PA0001901129 |
| BOONDOCKS | PA0001296327 |
| BRIGHTER THAN THE SUN | PA0001773539 |
| BROTHER (FEAT. GAVIN DEGRAW) | PA0001916248 |
| BURN | PA0001901116 |
| CALIFORNIA GURLS | PA000171165, PA0001396981 |
| CALLING (LOSE MY MIND) - EXTENDED CLUB MIX | PA0001832167 |
| CAN WE HANG ON ? | PA0002122143 |
| CANDYMAN | PA0002056131 |
| CARLENE | PA0001010848 |
| CARNIVAL | PA0000758810 |
| CHAMPAGNE | PA0001100363 |
| CHANGE THE WORLD | PA0000813175 |
| CIRCUS | PA0001622999 |
| COLD HEARTED | PA0000422660 |
| COLLIDE - RADIO EDIT | PA0001753315 |
| COME ORIGINAL | PA0000985803 |
| COMMANDER | PA0001750325 |
| CONNECTION | PA0002150233 |
| CONTROL MYSELF | PA0001164353 |

| Song Title | PA Number |
|---|---|
| CRASH AND BURN | PA0002046580 |
| CREATOR (VS. SWITCH AND FREQ NASTY) | PAu003509569 |
| DIAMONDS | PA0001833874 |
| DIE YOUNG | PA0001850818 |
| DIRT ON MY BOOTS | PA0002021844 |
| DISPARATE YOUTH | PA0001806958 |
| DO IT WELL | PA0001591026 |
| DO IT WELL (FEAT. LUDACRIS) | PA0001591036 |
| DON'T | PA0001947748 |
| DON'T STAY | PA0002150236 |
| DON'T WAIT | PA0001901910 |
| DON'T WAKE ME UP | PA0001806232 |
| DR. FEELGOOD | PA0000440229 |
| DRUNK LIKE YOU | PA0002055698 |
| DYNAMITE - RADIO EDIT | PA000139695, PA0001720607 |
| EVERYBODY TALKS | PA0001811165 |
| FAME - 2016 REMASTERED VERSION | RE0000876952 |
| FAST CARS AND FREEDOM | PA0001268341 |
| FEEL AGAIN | PA0001879190 |
| FIRE AND THE FLOOD | PA0002056663 |
| FIREWORK | PA000172473, PA0001716006 |
| FIRST | PA0002045704 |
| FOOLISH GAMES | PA0001822634 |
| FOR HER | PA0002007792 |
| GHOST | PA0001985273 |
| GIRLS, GIRLS, GIRLS | PA0000342182 |
| GOD FROM THE MACHINE | PA0001806960 |
| GOD, YOUR MAMA, AND ME | PA0002048212 |
| GOOD GOOD | PA0001997595 |
| GOOD LIFE | PA0001794364 |
| GOODBYE SAYS IT ALL | PAu001822857 |
| GREEN ONIONS | RE0000478073 |
| GRENADE | PA0001742742 |
| GROOVE IS IN THE HEART | PA0000532721 |
| HANG ME UP TO DRY | PA0001803024 |
| HAPPENS LIKE THAT | PA0002079927 |
| HAPPIER - ACOUSTIC | PA0002150280 |
| HAPPY XMAS (WAR IS OVER) | RE0000795735 |
| HEART OF A LION (KID CUDI THEME MUSIC) | PA0001832168 |
| HELL OF A NIGHT | PA000196203, PA0001932282 |

| Song Title | PA Number |
|---|---|
| HOME SWEET HOME | PA0000275135 |
| I LIKE THE SOUND OF THAT | PA0001961456 |
| I LIVED | PA0001879191 |
| I LOST IT | PA0001040677 |
| I MELT | PA0001143200 |
| IF I KNEW | PA0001852273 |
| IF I LOSE MYSELF | PA0001879192 |
| IF IT FEELS GOOD (THEN IT MUST BE) | PA0002146976 |
| IF THE BOOT FITS | PA0002054814 |
| I'M NOT THE ONLY ONE | PA0001906178 |
| IN THE NEXT ROOM | PAu003532360 |
| IT DON'T HURT LIKE IT USED TO | PA0002070178 |
| L.E.S. ARTISTES | PA0001807033 |
| LATCH | PA0001916095 |
| LIFE IS SWEET | PA0000910728 |
| LIFT ME UP | PA0002150233 |
| LIGHTS COME ON | PA0002027846 |
| LIKE A G6 | PA0002004168 |
| LIVE MY LIFE | PA0001778927 |
| LOCKED OUT OF HEAVEN | PA0001869823 |
| LOOKS THAT KILL | PA0000193924 |
| LOSING SLEEP | PA0001942622 |
| LOST AT SEA | PA0001832085 |
| LOVE IS MYSTICAL | PA0002122132 |
| LOVE RUNS OUT | PA0001989315 |
| LUCKY STRIKE | PA0001824575 |
| MAGNETS | PA0002009086 |
| MAKE IT TO ME | PA0001969621 |
| ME AND MY BROKEN HEART | PA0001959686 |
| MINE IS YOURS | PA0001795537 |
| MIRACLE MILE | PA0001837257 |
| MOST GIRLS | PA0002149911 |
| MOST PEOPLE ARE GOOD | PA0002149192 |
| MOVE ON | PA0002016490 |
| MULTIPLIED | PA0001916248 |
| NEON LIGHTS | PA0001858698 |
| NO SLEEP | PA0001774920 |
| NO VACANCY | PA0002150070 |
| NOTHIN' TO DO BUT DRINK | PA0001961057 |
| OCTAHATE | PA0001940359 |
| ODE TO BOY | PA0000161169 |

| Song Title | PA Number |
|---|---|
| OMEN - RADIO EDIT | PA0002009078 |
| ONE DAY (FEAT. RYAN TEDDER) | PA0002150229 |
| ONE LOVE (FEAT. ESTELLE) - FEAT. ESTELLE | PA0001734127 |
| ONE OF THOSE NIGHTS | PA0001842425 |
| PARTICULAR TASTE | PA0002140839 |
| PAYPHONE | PA0001824573 |
| PICKING UP THE PIECES | PA0001852765 |
| PUSH (FEAT. ANDREW WYATT) | PAu003737844 |
| RAY BAN VISION | PA0001855127 |
| RENDEZVOUS GIRL | PA0002019155 |
| RENEGADES OF FUNK | PA0000226276 |
| RISE AGAIN | PA0001916248 |
| ROAD LESS TRAVELED | PA0002070073 |
| ROCKETEER | PA0001739222 |
| RUMOUR HAS IT | PA0001734865 |
| RUNAWAY | PA0000221239 |
| SAY AHA | PA0001807033 |
| SCARS | PA0002048051 |
| SEXY BITCH (FEAT. AKON) | PA0001703244 |
| SHALLOW | PA0002149916 |
| SHE DOESN'T MIND | PA0001840399 |
| SHOUT AT THE DEVIL | PA0000193923 |
| SITUATION | PA0000787268 |
| SMOOTH LIKE THE SUMMER | PA0002138912 |
| SO GOOD | PA0001816818 |
| SO TIED UP | PA0002122121 |
| SOMEBODY ELSE WILL | PA0002057083 |
| SOMETHING I NEED | PA0001879193 |
| SOUND OF CHANGE | PA0001914352 |
| STOP AND STARE | PA0001708414 |
| STRAIGHT UP | PA0000422659 |
| STRONG ENOUGH | PA000066987, PA0000664136 |
| STYLO (FEAT. MOS DEF AND BOBBY WOMACK) | PAu003580587 |
| SUN DAZE | PA0001997579 |
| SUPER FAR | PA0002151032 |
| TEENAGE DREAM | PA000171165, PA0001396977 |
| THE CHAMPION | PA0002144118 |
| THIRD ROCK FROM THE SUN | PA0000709061 |
| THIS IS WHY I'M HOT | PA0001597373 |

| Song Title | PA Number |
|---|---|
| TOP OF THE WORLD | PA0001968092 |
| TOUGH LOVE | PA0001960767 |
| TROUBLEMAKER (FEAT. FLO RIDA) | PA0001848285 |
| TURN AROUND (FEAT. NE-YO) | PA0001840397 |
| TWILIGHT SPEEDBALL | PAu003509541 |
| WAKING UP | PA0001794365 |
| WANDERLUST | PA0001885261 |
| WE R WHO WE R | PA0001715885 |
| WHEN I WAS YOUR MAN | PA0001834773 |
| WHERE THEM GIRLS AT (FEAT. NICKI MINAJ & FLO RIDA) | PA0001741154 |
| WILD SIDE | PA0000332232 |
| WOMAN, AMEN | PA0002149935 |
| WORK HARD, PLAY HARD | PA0001833760 |
| WORKING CLASS HERO | RE0000846434 |
| WORRY 'BOUT NOTHIN' | PA0002022274 |
| WRAPPED UP | PA0001982804 |
| YOU CAN DO IT | PA0001010605 |
| YOU WERE MEANT FOR ME | PA0000776446 |
| YOU'LL FIND A WAY | PAu003509613 |
| 2 MAN SHOW | PA0001591430 |
| 2112: OVERTURE / THE TEMPLES OF SYRINX / DISCOVERY / PRESENTATION / ORACLE / SOLILOQUY / GRAND FINALE - MEDLEY | EU738315 |
| 4 MINUTES (FEAT. JUSTIN TIMBERLAKE & TIMBALAND) | PA0001693511 |
| A CHANGE WOULD DO YOU GOOD | PA000088650, PA0000852627 |
| A LITTLE MORE SUMMERTIME | PA0002071739 |
| ALL ABOUT TONIGHT | PA0001935642 |
| ALL MY FRIENDS SAY | PA0001588828 |
| ANONYMOUS - MAIN | PA0001334239 |
| AYO TECHNOLOGY | PA0001645303 |
| BACKWOODS | PA0001835907 |
| BLACK VELVET | PA0000429717 |
| BOARDMEETING | PA0001761903 |
| BORN TO RIDE | PA0001921939 |
| CAN'T HOLD US DOWN (FEAT. LIL' KIM) | PA000110482, PA0001143432 |
| CARRY OUT (FEAT. JUSTIN TIMBERLAKE) | PA000178001, PA0001935810 |
| CLOSER TO THE HEART | EU849485 |

| Song Title | PA Number |
|---|---|
| COME AROUND - ALBUM VERSION (EDITED) | PA000159670, PA0001640239 |
| CRAZY GIRL | PA0002002584 |
| CRAZY TOWN | PA0001644247 |
| CRUISE | PA000180362, PA000191375, PA0002026775 |
| DAVID ASHLEY PARKER FROM POWDER SPRINGS | PA0002154285 |
| DREAMLINE - REMASTERED | PA000539471 |
| DRINK YOU AWAY | PA0001985056 |
| ELEVATOR (FEAT. TIMBALAND) | PA0001647059 |
| EQUALIZER | PA0002089472 |
| EVERYDAY IS A WINDING ROAD | PA0000852628 |
| FIX A DRINK | PA000210582, PA0002130901 |
| FREEWILL | PA0000066536 |
| FUTURESEX / LOVESOUND | PA000116504, PA0001368884 |
| GIN AND JUICE (FEAT. DAT NIGGA DAZ) | PA0000901892 |
| GIVE IT TO ME | PA0001167355 |
| GRILLZ - DIRTY | PA0001334594 |
| HAIL MARY | PA0000897827 |
| HEARTBREAK SONG | PA0002034706 |
| HOME ALONE TONIGHT | PA0002010111 |
| HOW NOT TO | PA0002065490 |
| I DON'T HAVE TO SLEEP TO DREAM - BONUS TRACK | PA000186973, PA0001866186 |
| I KNOW SOMEBODY | PA0002023425 |
| I LOVE THIS LIFE | PA0002002565 |
| ICE BOX | PA0001166658 |
| IF IT MAKES YOU HAPPY | PA0000815033 |
| KISS YOU | PA0001837916 |
| LA VILLA STRANGIATO | PA0000021399 |
| LET THE GROOVE GET IN | PA0001986512 |
| LIKE I LOVED YOU | PA0002023424 |
| LIMELIGHT | PA0000100469 |
| LIVE MY LIFE | PA0001778927 |
| LIVE WHILE WE'RE YOUNG | PA0001835336 |
| LOOKIN' FOR THAT GIRL | PA0001893793 |
| LOVESTONED / I THINK SHE KNOWS - RADIO EDIT | PA0001165050 |
| MAKE ME BETTER | PA0001599530 |
| MARATHON | PA0000266077 |
| MEET IN THA MIDDLE (FEAT. BRAN' NU) | PA0001935809 |
| MEN IN BLACK | PAu002192135 |

| Song Title | PA Number |
|---|---|
| MIRRORS | PA0001986492 |
| MISS INDEPENDENT | PA0001105447 |
| MORNING AFTER DARK (FEAT. NELLY FURTADO & SOSHY) | PA0001780007 |
| MURDER (FEAT. JAY-Z) | PA0001901478 |
| MY FAVORITE MISTAKE | PA000200282, PA0000919779 |
| MY FRONT PORCH LOOKING IN | PA0001126341 |
| MY LOVE (FEAT. T.I.) | PA0001165055 |
| NOT A BAD THING | PA0001901484 |
| OH TIMBALAND - ALBUM VERSION (EDITED) | PA0001759709 |
| ON THE FLOOR | PA0001773478 |
| ONE HELL OF AN AMEN | PA0001993219 |
| ONE LAST TIME | PA0001941577 |
| OUT THERE | PA0002130909 |
| POUND THE ALARM | PA0001822045 |
| PROMISCUOUS | PA000116446, PA0001367878 |
| RAIN OVER ME | PA0001780979 |
| RATCHET COMMANDMENTS | PA0001987117 |
| REALLY DON'T CARE | PA000187605, PA0001850403 |
| RED LIGHTS | PA0002014531 |
| RELEASE | PA0001761877 |
| SAUCE | PA0002130638 |
| SAY IT RIGHT | PA0001164463 |
| SAY SOMETHING | PA000210582, PA0002130605 |
| SAY SOMETHING (FEAT. DRAKE) | PA0001728554 |
| SEXYBACK | PA0001165048 |
| SHAKE YA TAILFEATHER (FEAT. P. DIDDY & MURPHY LEE) - 2016 REMASTERED | PA000124894, PA0001196526 |
| SINGLES YOU UP | PA0002148198 |
| SOAK UP THE SUN | PA0001087054 |
| SOMEBODY ELSE WILL | PA0002057083 |
| SOMETHING LIKE THAT | PA0000952419 |
| STARSHIPS | PA0001819003 |
| STRAWBERRY BUBBLEGUM | PA0001986536 |
| SUAVE (KISS ME) (FEAT. MOHOMBI & PITBULL) | PA0001966307 |
| SUIT & TIE | PA0001986493 |
| SUMMER LOVE | PA000116504, PA0001368885 |
| TAKE BACK THE NIGHT | PA000198565062 |
| THANK ME NOW - ALBUM VERSION (EDITED) | PA0001728553 |

7

| Song Title | PA Number |
|---|---|
| THE SPIRIT OF RADIO | PA0000066535 |
| THE WAY I ARE | PA0001761677 |
| THE WAY YOU LOVE ME | PA0000980634 |
| THIS HOUSE IS NOT FOR SALE | PA0002046343 |
| TOM SAWYER | PA0000100466 |
| VINDICATED | PA0001295459 |
| VIVIR MI VIDA | PA0001851618 |
| WAITING ON YOU | PA0002080155 |
| WATCH OUT | PA0001856565 |
| WHAT GOES AROUND.../...COMES AROUND (INTERLUDE) | PA0001165051 |
| WORKING MAN | PA0000100466 |
| YOU DON'T WANT THESE PROBLEMS | PA000199657, PA0002071617 |
| (FUCK A) SILVER LINING | PA0002139081 |
| 100% (FEAT. TONY SUNSHINE) | PA0001071650 |
| AI NO CORRIDA - EDIT | PA0000509821 |
| BAD MAN | PA0002018527 |
| BET AIN'T WORTH THE HAND | PA0002146975 |
| BO$$ | PA0002082488 |
| BREAK UP WITH HIM | PA0001970965 |
| BRING IT BACK | PA0002111487 |
| CALL | PA0001913089 |
| CAN WE HANG ON ? | PA0002122143 |
| CHAINS | PA0001914172 |
| CRAVING YOU | PA0002078206 |
| DAISY | PA0002000365 |
| DANCE | PA0002133661 |
| DARK DAYS | PA0002099386 |
| DEARLY DEPARTED | PA0002073611 |
| DIE A HAPPY MAN | PA0002051793 |
| DONE FOR ME (FEAT. KEHLANI) | PA0002139217 |
| DON'T GO BREAKING MY HEART | PA000212712, PA0002138733 |
| FALLIN' ALL IN YOU | PA0002140837 |
| FAN GIRL | PA0002139178 |
| FAST SLOW DISCO | PA0002143808 |
| FIREBALL (FEAT. JOHN RYAN) | PA0001948693 |
| FITNESS | PA0002133561 |
| FOUND YOU | PA0002140234 |
| FOUNTAIN OF YOUTH | PA0002099389 |
| HEADLIGHTS (FEAT. ILSEY) | PA0002053698 |
| HEY MAMI | PA0001992052 |

| Song Title | PA Number |
|---|---|
| HIGH HOPES | PA0002144483 |
| IF IT FEELS GOOD (THEN IT MUST BE) | PA0002146976 |
| IN MY BLOOD | PA0002128764 |
| LEARN TO LET GO | PA0002139769 |
| LEAVE RIGHT NOW | PA0002120133 |
| LIAR | PA002048142 |
| LIGHT IT UP | PA0002144999 |
| LIVE IN THE MIX | PA0001597090 |
| LOS AGELESS | PA0002145312 |
| LOST IN JAPAN | PA0002128746 |
| LOVE BY THE MOON | PA0002133386 |
| LOVE IS MYSTICAL | PA0002122132 |
| MERCY | PA0002082652 |
| MISS JACKSON (FEAT. LOLO) | PA0001897494 |
| NO SUCH THING AS A BROKEN HEART | PA00002111712 |
| NOW AND LATER | PA000206525, PA0002096995 |
| ON THE LOOSE - ACOUSTIC | PA0002087814 |
| PREACHER MAN | PA0002139188 |
| PULL IT OFF | PA0002140237 |
| QUEEN | PA0002140849 |
| RAPTURE | PA0002143926 |
| REALLY REALLY | PA0002057816 |
| RENEGADES | PA0002120142 |
| SAID NOBODY | PA0002101298 |
| SAVE IT FOR A RAINY DAY | PA0001970960 |
| SHUT ME UP | PA0001942690 |
| SIXTEEN | PA0002120137 |
| SLOW HANDS | PA0002097359 |
| SNAPBACK | PA0002101296 |
| SO TIED UP | PA0002122121 |
| SOME DAYS YOU GOTTA DANCE | PA0000968803 |
| SONG FOR ANOTHER TIME | PA0002101299 |
| STITCHES | PA0001993016 |
| SUMMER NIGHTS | PA000206511, PA0002044086 |
| THANK GOD FOR GIRLS | PA0002089150 |
| THE MOUNTAIN | PA0002128763 |
| THERE'S NOTHING HOLDIN' ME BACK | PA0002131084 |
| THESE DAYS | PA0002139203 |
| TREAT YOU BETTER | PA0002082557 |
| WHERE THE BLACKTOP ENDS | PA0000972877 |
| WHY DON'T YOU COME ON | PA0002114442 |

| Song Title | PA Number |
|---|---|
| WIGGLE (FEAT. SNOOP DOGG) | PA0002045070 |
| YOUTH (FEAT. KHALID) | PA0002140855 |
| 2 PHONES | PA0002082983 |
| ALL EYEZ (FEAT. JEREMIH) | PA0002065078 |
| ALTAR (FEAT. R.LUM.R) | PA0002094604 |
| AMERICAN MONEY | PA0001991515 |
| ANIMAL | PAu003532360 |
| AVALANCHE | PA0001991109 |
| AYO | PA0002085509 |
| BACKBONE | PA0002151787 |
| BANGARANG (FEAT. SIRAH) | PA0001793790 |
| BE REAL | PA0001984121 |
| BOOGIE FEET | PA0002123235 |
| BROCOLLI | PA0002047080 |
| BULLETS | PA0002114728 |
| BY THE WAY | PA0002096728 |
| CALIFORNIA GURLS | PA000171165, PA0001396981 |
| CANDLES (CARTA REMIX) | PA0002120345 |
| CATCHING PLAYS | PA0002051598 |
| CELOSO | PA0002146335 |
| CENTURIES | PA0001961647 |
| CHANGE YOUR LIFE | PA0001864872 |
| CLOUT (FEAT. 21 SAVAGE) | PA0002151806 |
| COMPANY | PA0002011132 |
| CRAZY DREAMS | PA0001642863 |
| CREW | PA0002100063 |
| CRY PRETTY | PA0002138739 |
| CUTE  REMIX | PA0002080507 |
| DANTE'S CREEK | PA0002084981 |
| DAY DRINKING | PA0001913654 |
| DON'T GO BREAKING MY HEART | PA000212712, PA0002138733 |
| DYNAMITE  RADIO EDIT | PA000139695, PA0001720607 |
| ELECTRIC LOVE | PA0001991514 |
| EVERYBODY TALKS | PA0001811165 |
| EVERYWHERE I GO (KINGS AND QUEENS) | PA0002021787 |
| FALSE ALARM | PA0002064663 |
| FIREBIRD | PA0001991086 |
| FRIENDS (WITH BLOODPOP¬Æ & JULIA MICHAELS)  REMIX | PA0002094019 |
| FRONT OF THE LINE | PA0002114669 |
| GENGHIS KHAN | PA0002082796 |

| Song Title | PA Number |
|---|---|
| GET USED TO IT | PA0002011364 |
| GIRL | PA0001992787 |
| GIRLS CHASE BOYS | PA0001932052 |
| GIRLS LIKE YOU | PA0002138332 |
| GIRLS LIKE YOU (FEAT. CARDI B) | PA0002138734 |
| GOLD DUST | PA0001991014 |
| GOT IT GOOD | PA0002084787 |
| HAPPY PEOPLE | PA0002063464 |
| HERE IT IS (FEAT. CHRIS BROWN) | PA0001996539 |
| HEY ALLIGATOR | PA0002092097 |
| HOLD IT AGAINST ME | PA000173294, PA0001396974 |
| HUMAN TOUCH | PA0002129650 |
| I DON'T HAVE TO SLEEP TO DREAM BONUS TRACK | PA000186973, PA0001866186 |
| I GOT THE KEYS | PA0002067633 |
| IN THE NAME OF LOVE | PA0002059620 |
| IN THE NEXT ROOM | PAu003532360 |
| IT'S A VIBE | PA0002097354 |
| JEALOUS (I AIN'T WITH IT) | PA0001891375 |
| JOHN WAYNE | PA0002134445 |
| JUMP [FEAT. NELLY FURTADO] - MALINCHAK CLUB MIX | PA000173404, PA0001670549 |
| KISS THE SKY | PA0002096234 |
| KIWI | PA0002085476 |
| KNOW NO BETTER | PA0002107796 |
| LAST FOREVER (FEAT. SAM SPARRO) DESTRUCTO REMIX | PA0002125060 |
| LAST FRIDAY NIGHT (T.G.I.F.) | PA000171165, PA0001396980 |
| LEGEND HAS IT | PA0002113097 |
| LET THERE BE LOVE | PA0001824960 |
| LOUD | PA0002153385 |
| LOVE GANG (FEAT. CHARLI XCX) | PA0002081231 |
| MAKE MY LOVE GO | PA0002107485 |
| MOVE TO MIAMI | PA0002138729 |
| MY MISTAKE | PA0001991486 |
| NARCISSISTIC CANNIBAL (FEAT. SKRILLEX & KILL THE NOISE) | PA0001829499 |
| NEEDED ME | PA0002083713 |
| NEVER LETTING GO | PA0002053434 |
| NO FRAUDS | PA0002127933 |
| NO MONEY | PA0002064688 |
| NOW AND LATER | PA000206525, PA0002096995 |

11

| Song Title | PA Number |
|---|---|
| NOW OR NEVER | PA0002113580 |
| OTW | PA0002138724 |
| PART OF ME | PAU003574141 |
| PEANUT BUTTER JELLY | PA0001991022 |
| PERFECT ILLUSION | PA0002085524 |
| PICK UP THE PHONE | PA0002065781 |
| ROAR | PA0001860200 |
| RUM | PA0001962395 |
| RUNAWAY (U & I) | PA0001987640 |
| SLIPPERY (FEAT. GUCCI MANE) | PA0002089448 |
| SLOW DOWN LOVE | PA0002090523 |
| SLOW HANDS | PA0002097359 |
| SLOW YOUR ROLL | PA0002147987 |
| SOLO (FEAT. DEMI LOVATO) | PA0001681014 |
| SOMEBODY LOVES YOU | PA0001842726 |
| SORRY | PA0002011130 |
| SUMMER NIGHTS | PA000206511, PA0002044086 |
| SWISH SWISH | PA0002096967 |
| SWITCH | PA0002090911 |
| TEENAGE DREAM | PA0001711657, PA0001396977 |
| TEN FEET TALL | PA0001892528 |
| THE HALF | PA0002076792 |
| THINK A LITTLE LESS | PA0002096645 |
| VICTORIOUS | PA0002026247 |
| WHAT LOVERS DO (FEAT. SZA) | PA0002093877 |
| WIDE AWAKE | PA0001807124 |
| WOMAN | PA0002123237 |
| WORK THE MIDDLE | PA0002065849 |
| WROTE MY WAY OUT | PA0002120508 |
| YESTERDAY'S SONG | PA0002096646 |
| ZAMBONI | PA0001873763 |
| 1, 2, 3 (FEAT. JASON DERULO & DE LA GHETTO) | PA0002111457 |
| 6 WORDS | PA0002052607 |
| A DIOS LE PIDO | PA0001101346 |
| AM RADIO | PA0001037456 |
| BACK IT UP | PA0001992221 |
| BLAME IT | PA0001761059, PA0001770185 |
| BOO'D UP | PA0002123747 |
| BOOMBASTIC | PA0000786728, PA0000707107 |
| BREAKIN' DISHES | PA0000786728 |

| Song Title | PA Number |
|---|---|
| CAN'T YOU HEAR MY HEARTBEAT | RE0000613850, EFO000106683 |
| CASE OF THE EX (WHATCHA GONNA DO) | PA0000981023 |
| CONCRETE ANGEL (RADIO EDIT) (FEAT. CHRISTINA NOVELLI) | PA0001957740 |
| DAYS LIKE THESE | PA0001727376 |
| DINERO | PA0002127207 |
| DIRT TO DUST | PA0002120005 |
| DROP IT LOW | PA0001780379 |
| DRUNK ON LOVE | PA0001780323 |
| EVERYBODY'S FREE - RADIO EDIT | PA0000579606 |
| EVERYDAY - SINGLE VERSION | RE0000252810, EP0000114122 |
| EVERYTHING YOU NEVER HAD (WE HAD IT ALL) [FEAT. ANDREYA TRIANA] | PA0001896564 |
| FIREWORK | PA0001724730, PA0001716006 |
| FLATLINER (FEAT. DIERKS BENTLEY) | PA0002019754 |
| FOR A LITTLE WHILE | PA0000863599 |
| FURTHEST THING | PA0001896161, PA0001901086 |
| GETTIN' WARMED UP | PA0002117115 |
| GIRL | PA0001992787 |
| GIRLFIGHT | PA0001287694, PA0001288226 |
| GLORY OF LOVE | PA0000293891 |
| GOIN' THROUGH THE BIG D | PA0000707668 |
| GOT TO BE REAL | PA0000813360 |
| GUILTY | PA0001816432 |
| HARD TO SAY I'M SORRY - REMASTERED VERSION | PA0000150388 |
| HELL OF A NIGHT | PA0001962038, PA0001932282 |
| HOW COUNTRY FEELS | PA0001837687 |
| I HAVE NOTHING | PA0000629301 |
| I LUV YOUR GIRL - ALBUM VERSION (EDITED) | PA0001656831 |
| I'LL WAIT FOR YOU | PA0002120035 |
| IN MY FEELINGS | PA0002158240 |
| IT'S OH SO QUIET | RE0000822263, EP0000308226 |
| IT'S TOO FUNKY IN HERE | PAU000127840 |
| JEALOUS | PA0001913489 |
| JUMP [FEAT. NELLY FURTADO] - MALINCHAK CLUB MIX | PA0001734047, PA0001670549 |
| JUST FINE | PA0001594809 |
| JUST LIKE ME | PA0001770182 |
| LA CAMISA NEGRA | PA0001252263 |
| LEFT TURN ON A RED LIGHT | PAU000109366 |

| Song Title | PA Number |
|---|---|
| LETTING GO (DUTTY LOVE) FEAT. NICKI MINAJ | PA0001780327 |
| LIL FREAK | PA0001734101 |
| LOVE THEME FROM ST. ELMO'S FIRE (INSTRUMENTAL) | PA0000277148 |
| LOVEEEEEEE SONG | PA0001830135 |
| MAJOR TOM | PA0000182909 |
| MAKE HER SAY | PA0001847910 |
| MAMBO NO. 5 (A LITTLE BIT OF...) | PA0000968419 |
| MAS QUE NADA | RE0000709424, EP0000239486 |
| MAYBERRY | PA0001147329 |
| MELLOW YELLOW | RE0000676169, EP0000228623 |
| NIGHT TRAIN | PA0001815712 |
| NO ONE ELSE ON EARTH | PA0000583982 |
| NOT MYSELF TONIGHT | PA0001716028 |
| OLD TIME ROCK & ROLL | RE0000931306, EP0000375950 |
| OOBY DOOBY | RE0000196669, EP0000101209 |
| RIGHT THERE | PA0001781163 |
| RING MY BELL | PA0000033911 |
| ROLEX | PA0002109560 |
| RUDE BOY | PA0001702220 |
| SAY SOMETHING | PA0002105826, PA0002130605 |
| SET IT OFF | PA0002120367 |
| SHE'S A BEAUTY | PA0000185498 |
| SHOW ME REMIX | PA0001916485 |
| SOMEWHERE ON A BEACH | PA0002018753 |
| SOUR TIMES | PA0000748369 |
| ST. CROIX | PA0001825557 |
| ST. ELMOS FIRE (MAN IN MOTION) | PA0000267138 |
| STARDUST | RE000191604, EP0000037446 |
| SUPER BASS | PA0001733269 |
| TE BUSCO (FEAT. NICKY JAM) | PA0002072153 |
| THE ONLY WAY IS UP | PAU000407785 |
| THE RHYTHM OF THE NIGHT | PA0000752383 |
| THERE WAS THIS GIRL | PA0002135434 |
| THEY DON'T KNOW | PA0002029534 |
| THROUGH THE FIRE | PA0000235442 |
| TOUCH MY BODY | PA0001608150 |
| UMBRELLA | PA0001355560 |
| WALK LIKE AN EGYPTIAN | PA0000278841 |
| WALK, DON'T RUN | RE0000388412, EU0000635193 |

| Song Title | PA Number |
|---|---|
| WHAT I MIGHT DO | PA0001994174 |
| WHATEVER YOU NEED (FEAT. CHRIS BROWN & TY DOLLA $IGN) | PA0002085658 |
| WHAT'S MY NAME? | PA0001741634 |
| WILL YOU STILL LOVE ME? - REMASTERED VERSION | PA0000306139 |
| WOOHOO | PA0001782276 |
| YOU DON'T EVEN KNOW | PA0002142598 |
| YOU'RE THE INSPIRATION - REMASTERED | PA0000213889 |
| 24 HOURS | PA0002001228 |
| 5-1-5-0 | PA0001801006 |
| 6 FOOT 7 FOOT | PA0001731713, PA0001807261 |
| 7 WEEKS | PA0001165393 |
| A CHANGE WOULD DO YOU GOOD | PA0000886508, PA0000852627 |
| ABOUT A GIRL | PA0001710208 |
| ADD ME IN | PA0002052053, PA0002016121 |
| ALARM | PA0002075142 |
| ALL I WANNA DO | PA0000664140, PA0000669884 |
| ALL JACKED UP | PA0001162557, PA0001305115 |
| ALL THE ABOVE [FEAT. T-PAIN] | PA0001787141 |
| AMARILLO SKY | PA0001084244 |
| AMAZED | PA0000985472, PA0000965043 |
| ANYWHERE | PA0002095347 |
| BABY, BABY | PA0000512809 |
| BAD AND BOUJEE (FEAT. LIL UZI VERT) | PA0002072685 |
| BAD INTENTIONS | PA0001913088 |
| BANDZ A MAKE HER DANCE | PA0001896868 |
| BE LEGENDARY | PA0002135769 |
| BEEZ IN THE TRAP | PA0001912279 |
| BETWEEN ME & YOU | PA0001015456 |
| BIG ON BIG | PA0002127843, PA0002074260 |
| BIRTHDAY SONG | PA0001811847 |
| BLACK CAR | PA0002051146 |
| BLACK OUT DAYS | PA0001939010 |
| BLIND HEART - RADIO EDIT | PA0001924537 |
| BLOW THE WHISTLE | PA0001333674 |
| BODIES | PA0001962427 |
| BOJANGLES REMIX | PA0001639018 |
| BON APPETIT | PA0002085760 |
| BREAK THE ICE | PA0001396255 |
| BREAK YA NECK | PA0001146361 |

| Song Title | PA Number |
|---|---|
| BRING ME TO LIFE | PA0001152549 |
| BROKEN | PA0001144456 |
| BROWN PAPER BAG | PA0002127784, PA0002074748 |
| BUILD YOU UP | PA0001271625 |
| BUY U A DRANK (SHAWTY SNAPPIN') | PA0001601621 |
| CALL ME WHEN YOU'RE SOBER | PA0001349398 |
| CAN I GET A... | PA0000875311 |
| CANDY SHOP | PA0001271624 |
| CAN'T HOLD US DOWN (FEAT. LIL' KIM) | PA0001104828, PA0001143432 |
| CARRY OUT (FEAT. JUSTIN TIMBERLAKE) | PA0001780010, PA0001935810 |
| CHECK YES, JULIET | PA0001766953 |
| CHRISTMAS TIME | PA0001043923 |
| CLOTHES OFF!! | PA0001165384 |
| COME ON OVER BABY (ALL I WANT IS YOU) - RADIO VERSION | PA0001043925 |
| CRY ME A RIVER | PA0001149534 |
| CULTURE (FEAT. DJ KHALED) | PA0002073669 |
| DAMMIT MAN REMIX | PA0001602405 |
| DEADZ (FEAT. 2 CHAINZ) | PA0002088665 |
| DEAR BOY | PA0001875092 |
| DEVASTATED | PA0002097517 |
| DISCO INFERNO - SINGLE EDIT | RE0000914039, EU0000752757 |
| DON'T GO BREAKING MY HEART | PA0002127129, PA0002138733 |
| DON'T SAY NUTHIN' - RADIO EDIT | PA0001272828 |
| DON'T WANNA GO HOME | PA0001754579 |
| DOWN ON THE FARM | PA0000689537 |
| DRINKING FROM THE BOTTLE (FEAT. TINIE TEMPAH) | PA0001852685 |
| DRIP (FEAT. MIGOS) | PA0002126752, PA0002142791 |
| DRUM MACHINE | PA0002008381 |
| EFFORTLESS | PA0002133269 |
| EIGHT MILES HIGH | RE0000662812, EU0000929871 |
| EVERYBODY'S FOOL | PA0001152550 |
| EVERYDAY IS A WINDING ROAD | PA0000852628 |
| FAKE IT | PA0001647499 |
| FALL IN LOVE | PA0001939932 |
| FALSE ALARM | PA0002064663 |
| FAMILY PORTRAIT | PA0001143423 |
| FAST CARS AND FREEDOM | PA0001268341 |
| FELT GOOD ON MY LIPS | PA0001787902 |
| FIGHT NIGHT | PA0001912283 |

| Song Title | PA Number |
|---|---|
| FIGHTER | PA0001143426 |
| FINE AGAIN | PA0001144447 |
| FOR YOU (FIFTY SHADES FREED) | PA0002105731 |
| FREEK-A-LEEK | PA0001265993 |
| G.O.M.D. | PA0001975906 |
| GANG GANG | PA0002129455 |
| GANG UP (WITH YOUNG THUG, 2 CHAINZ & WIZ KHALIFA FEAT. PNB ROCK) | PA0002088483 |
| GASOLINA - DJ BUDDAH REMIX | PA0001256556 |
| GET NAKED (I GOT A PLAN) | PA0001655622 |
| GET YOUR MONEY UP | PA0001881522, PA0002110157, PA0001670498 |
| GIMME MORE | PA0001680545 |
| GIMME THAT | PA0001299255 |
| GIRLFIGHT | PA0001287694, PA0001288226 |
| GIRL'S AROUND THE WORLD - RADIO VERSION | PA0001677803 |
| GOING UNDER | PA0001152548 |
| GOOD DRANK | PA0002113343 |
| GORGEOUS - ALBUM VERSION (EDITED) | PA0001740943 |
| HEADBAND (FEAT. 2 CHAINZ) | PA0001864974 |
| HELLO GOOD MORNING | PA0001745034 |
| HERE FOR THE PARTY | PA0002021251 |
| HERE'S TO YOU | PA0001245753 |
| HIGHER | PA0001849649 |
| HIGHLIGHTS | PA0002088532 |
| HOLD YOU DOWN | PA0001271297 |
| HOLLA HOLLA | PA0000940961 |
| HOOD GO CRAZY | PA0002005870 |
| HUMAN | PA0002051193 |
| HUSH | PA0001270950, PA0001160433 |
| I CAN'T EVEN LIE (FEAT. FUTURE & NICKI MINAJ) | PA0002116005 |
| I COULD FALL IN LOVE | PA0000762316 |
| I KNOW THERE'S GONNA BE (GOOD TIMES) | PA0002083924 |
| I LIKE IT, I LOVE IT | PA0000643837 |
| I MELT | PA0001143200 |
| IF I RULED THE WORLD (IMAGINE THAT) | PA0001293291 |
| IF IT MAKES YOU HAPPY | PA0000815033 |
| I'M A KING | PAu002946427 |
| I'M DIFFERENT | PA0001811856 |
| IMPOSSIBLE | PA0001755396 |
| IT AIN'T ME | PA0002088253 |

| Song Title | PA Number |
|---|---|
| IT'S A VIBE | PA0002097354 |
| JUMP - ALBUM VERSION (EDITED) | PA0001840753 |
| JUST A LIL BIT | PA0001271626 |
| K.Y.S.A. | PA0002000953 |
| KEG IN THE CLOSET | PA0001213502 |
| KILL THE LIGHTS | PA0001626944 |
| KNEW BETTER / FOREVER BOY | PA0002065692 |
| KNOCK YOU DOWN | PA0001670495 |
| LASH OUT | PA0002127330 |
| LAST RESORT | PA0000960732 |
| LEAN BACK | PA0001241897 |
| LEAN ON | PA0001986623 |
| LEAN ON (REHASHED) | PA0001982936 |
| LET ME BLOW YA MIND | PA0001143421 |
| LET ME GO (WITH ALESSO, FLORIDA GEORGIA LINE & WATT) | PA0002110312 |
| LET ME THINK ABOUT IT | PA0001927606 |
| LIQUID DREAMS | PA0001042234 |
| LONELY TOGETHER - (FEAT. RITA ORA) ALAN WALKER REMIX | PA0002089808 |
| LOT OF LEAVIN' LEFT TO DO | PA0001295832 |
| LOVE DRUNK | PA0001735247 |
| LOVE YOU OUT LOUD | PA0001143203 |
| MAGNIFICENT | PA0001651715 |
| MAKE IT RAIN | PA0001345937 |
| MARBLE FLOORS | PA0001895374 |
| MARRY ME | PA0001729151 |
| MFN RIGHT | PA0002053595 |
| MILLION DOLLAR BILL | PA0001738163 |
| MISSISSIPPI GIRL | PA0001290856 |
| MONSTER MASH | RE0000474679, EU0000737324 |
| MORNING AFTER DARK (FEAT. NELLY FURTADO & SOSHY) | PA0001935804 |
| MOTORSPORT | PA0002122925 |
| MOVE BITCH | PA0001678837, PA0001100331 |
| MOVE IT LIKE THIS | PA0001072898, PA0001132746 |
| MY FAVORITE MISTAKE | PA0002002824, PA0000919779 |
| MY IMMORTAL | PA0001152551 |
| NARCOS | PA0002122839 |
| NIGHT RIDERS | PA0002019732 |
| NIGHTSHIFT | PA0000266006 |
| NO MORE TEARS (ENOUGH IS ENOUGH) | PAu000144979 |

| Song Title | PA Number |
|---|---|
| NO PROBLEM (FEAT. LIL WAYNE & 2 CHAINZ) | PA0002072831 |
| NOT LETTING GO (FEAT. JESS GLYNNE) | PA0002136328 |
| ONE LAST BREATH - RADIO VERSION | PA0001118315 |
| ONLY U - ALBUM VERSION (NO INTRO) | PA0001161911 |
| PAPA DON'T PREACH | PAu000851488 |
| PARALLEL LINES | PA0002143588 |
| PARALYZER | PA0001372683 |
| PASILDA | PA0001064857 |
| PATEK WATER | PAu003910433 |
| PICKUP MAN | PA0000724779 |
| PICTURE (FEAT. SHERYL CROW) | PA0001114108 |
| PONY | PA0000839501 |
| PRESIDENTIAL | PA0001286203 |
| PROP ME UP BESIDE THE JUKEBOX (IF I DIE) | PA0000613096 |
| PROUD | PA0002133068 |
| PUT IT ON ME | PA0001015460 |
| RAGTIME INTERLUDE / I'M REALLY HOT | PA0001285859 |
| READY OR NOT | PA0000844694 |
| REDNECK WOMAN | PA0001224618 |
| RIC FLAIR DRIP (& METRO BOOMIN) | PA0002106881, PA0002109055 |
| RISE ABOVE THIS | PA0001962803 |
| ROC THE MIC - ALBUM VERSION (EDITED) | PA0001251488 |
| ROCKABYE (FEAT. SEAN PAUL & ANNE-MARIE) | PA0002075620 |
| ROCKSTAR | PA0002151780 |
| RUN IT! | PA0001286202 |
| SACRIFICES | PA0002092670 |
| SALT SHAKER | PA0001158470 |
| SATISFIED (FEAT. VASSY) - BLINDERS REMIX | PA0002000258 |
| SATURDAY SUN | PA0002129907 |
| SAUCE | PA0002130638 |
| SAVE A HORSE (RIDE A COWBOY) | PA0001227159 |
| SAY SOMETHING | PA0002105826, PA0002130605 |
| SECRETS - RADIO EDIT | PA0002005875 |
| SELF CARE | PA0002151346 |
| SHE'S GOT IT ALL | PA0000886673 |
| SHORTY WANNA RIDE - ALBUM VERSION (EDITED) | PA0001271623 |
| SHUTTERBUGG | PA0001740490 |

| Song Title | PA Number |
|---|---|
| SIDESHOW | RE0000856665, EP0000333161 |
| SIT STILL, LOOK PRETTY | PA0002070970 |
| SLIPPERY (FEAT. GUCCI MANE) | PA0002073628 |
| SNAP YO FINGERS | PA0001339272 |
| SOAK UP THE SUN | PA0001087054 |
| SOCK IT 2 ME (FEAT. DA BRAT) | PA0000875578 |
| STILL D.R.E. | PA0001012565 |
| STIR FRY | PA0002122824 |
| STRONG ENOUGH | PA0000669879, PA0000664136 |
| SUNSHINE AND SUMMERTIME | PA0001290858 |
| SUPASTARS | PA0002108962 |
| SYMPHONY (FEAT. ZARA LARSSON) | PA0002110317 |
| TAKE ME HOME, COUNTRY ROADS | RE0000653070, EU0000238954 |
| TALK DIRTY (FEAT. 2 CHAINZ) | PA0002112574 |
| TELL ME (FEAT. CHRISTINA AGUILERA) | PA0001166188 |
| TELLURIDE | PA0001058591 |
| THANK GOD I'M A COUNTRY BOY | PA0000036945 |
| THE HALF | PA0002076792 |
| THIS IS AMERICA | PA0002147052 |
| THIS IS WHY IM HOT - BLACKOUT REMIX | PA0001597357 |
| THIS IS WHY I'M HOT - REMIX | PA0001334016 |
| THROW SUM MO | PA0002017431 |
| TOO HOTTY | PAu003910484 |
| TOUCH THE SKY | PA0001162460 |
| U AND DAT (FEAT. T. PAIN & KANDI GIRL) | PA0001342045 |
| U DA REALEST | PA0001869957 |
| U MAKE ME WANNA | PA0001159529 |
| VALET (FEAT. FETTY WAP AND 2 CHAINZ) | PA0002048493 |
| WANNA GET TO KNOW YOU | PA0001204730 |
| WATCH OUT | PA0001856565 |
| WE OWN IT (FAST & FURIOUS) | PA0001893078 |
| WHAT ABOUT NOW | PA0001166336 |
| WHAT U GON' DO (FEAT. LIL SCRAPPY) | PA0001256554 |
| WHAT WAS I THINKIN' | PA0001245475 |
| WHAT'S THIS LIFE FOR | PA0000966909 |
| WHEN THE SUN GOES DOWN | PA0001213501 |
| WHEN WORLDS COLLIDE | PA0000966206 |
| WHITE FLAG | PA0002135804 |
| WHITE SAND | PA0002127847 |
| WHO I AM | PA0001070474 |
| WOLVES | PA0002095349 |

| Song Title | PA Number |
|---|---|
| WORK FROM HOME | PA0002071726 |
| YEAH! | PA0001241917 |
| YOU DON'T WANT THESE PROBLEMS | PA0001996573, PA0002071617 |
| YOU WON'T BE LONELY NOW | PA0001111200 |
| YOUNGBLOOD | PA0002122817 |
| A WHITER SHADE OF PALE | RE0000699411 |
| BLACK BETTY - EDIT | RE0000529209 |
| DREAM A LITTLE DREAM OF ME | RE205246 |
| FEELING GOOD | RE0000579762 |
| FLY ME TO THE MOON (IN OTHER WORDS) | RE0000120979 |
| GET IT ON (BANG A GONG) - 2005 REMASTERED VERSION | RE0000807726 |
| HELL OF A LIFE | PAu003676993 |
| HOW I FEEL | PA0001914974 |
| IRON MAN | RE0000782590 |
| MY GENERATION - ORIGINAL MONO VERSION | RE0000634708 |
| PARANOID - REMASTERED VERSION | RE0000782363 |
| SABBATH BLOODY SABBATH - REMASTERED VERSION | EU-456870 |
| THE WIZARD - REMASTERED VERSION | RE0000782349 |
| THIS LAND IS YOUR LAND | RE0000201665 |
| US AND THEM | RE0000844068 |
| 21 | PA0002033803 |
| ABSOLUTELY (STORY OF A GIRL)  RADIO MIX | PA0001875499 |
| ALL NIGHTER | PA0001962165 |
| ALL NIGHTER | PA0001962165 |
| ALL OVER THE ROAD | PA0001868684 |
| AMAZED | PA0000985472, PA0000965043 |
| AMERICAN COUNTRY LOVE SONG | PA0002068987 |
| AMERICAN KIDS | PA0001945777 |
| ANYTHING GOES | PA0001997590 |
| AT THE RIVER | PA0001287908 |
| BEACHIN' | PA0001898832 |
| BEFORE HE CHEATS | PA0001346125 |
| BELIEVER | PA0001898746 |
| BEST DAY OF MY LIFE | PA0001898750 |
| BIG TEN INCH RECORD | RE0000895906, EP0000348618 |
| BILLIONAIRE (FEAT. BRUNO MARS) | PA0001697965 |
| BLUE ON BLACK | PA0000740770 |
| BORN TO LOVE YOU | PA0002132858 |

21

| Song Title | PA Number |
|---|---|
| BOYS 'ROUND HERE (FEAT. PISTOL ANNIES & FRIENDS) | PA0001837383 |
| CALL ME THE BREEZE | RE0000663402, EP0000293185 |
| CHANTILLY LACE | RE0000287667, EU543978 |
| CHERRY PIE | PA0000510151 |
| CLUB CAN'T HANDLE ME (FEAT. DAVID GUETTA) | PA0001739599 |
| COLLIDE | PA0002150979 |
| COME OUT AND PLAY | PA0000861551 |
| CONFESSION | PA0001997588 |
| CRUISE | PA0001803624, PA0001913754, PA0002026775 |
| CRUISE  REMIX | PA0001957224 |
| DIRT ON MY BOOTS | PA0002021844 |
| DO YOU BELIEVE IN MAGIC? | RE0000626763, EP0000231384 |
| DON'T IT | PA0002004646 |
| DON'T WASTE THE NIGHT | PA0002115736 |
| DRINKING CLASS | PA0001977911 |
| DRUNK ON A PLANE | PA0001903006 |
| EVERY DAY I HAVE THE BLUES | RE0000053119, EU0000289430 |
| EVERYBODY PLAYS THE FOOL |  RE0000801034, EU0000293220 |
| EXTRAORDINARY | PA0001973189 |
| FIX A DRINK | PA0002105827, PA0002130901 |
| FLY | PA0000871157 |
| FOR A LITTLE WHILE | PA0000863599 |
| FOR HER | PA0002007792 |
| FUCK YOU | PA0001730782 |
| GET YOUR SHINE ON | PA0001803623 |
| GO BIG OR GO HOME | PA0002115166 |
| GONE AWAY | PA0000822414 |
| GONNA B GOOD | PA0001899887 |
| GOOD GOOD | PA0001997595 |
| GOOD LOVIN' | RE0000629086, EP0000203018 |
| GOOD LOVIN'  SINGLE VERSION | EU866364, EU984457, EP203018 |
| GRENADE | PA0001733322 |
| HAIR OF THE DOG | PA0000498820 |
| HAPPENS LIKE THAT | PA0002079927 |
| HAPPY TOGETHER | RE0000658136, EU0000961800, EP0000231836 |
| HELL YEAH | PA0001206551 |
| HERE'S TO THE GOOD TIMES | PA0001838484 |
| HIGH ENOUGH | PA0000476678 |
| HIT ME WITH YOUR BEST SHOT | PAu000139243 |

| Song Title | PA Number |
|---|---|
| HOLY DIVER | PA0000179870 |
| HOOKED ON IT | PA0002124885 |
| I COULD USE A LOVE SONG | PA0002082629, PA0002083574 |
| I GOT YOU (I FEEL GOOD) | RE0000471186,EP0000161150, RE0000649142, EP0000213142 |
| I LOVE THIS LIFE | PA0002002565 |
| I WANT YOUR (HANDS ON ME) | PA0000356459 |
| I'D DO ANYTHING FOR LOVE (BUT I WON'T DO THAT)  LONGER STILL BUT NOT AS LONG AS THE ALBUM VERSION | PA0000677622 |
| IF I AM | PA0001875499 |
| IF I KNOW ME | PA0002128998 |
| I'LL FIND YOU | PA0002136150 |
| I'LL NAME THE DOGS | PA0002115792 |
| I'M ALIVE | PA0001102057, PA0001143341 |
| I'M BORN TO RUN | PA0002083894 |
| IT GOES LIKE THIS | PA0001910646, PA0001882787 |
| IT'Z JUST WHAT WE DO | PA0001803611 |
| JUST ANOTHER THING | PA0002082682, PA0002083576 |
| JUST THE WAY YOU ARE | PA0001725672 |
| JUST WHAT THE DOCTOR ORDERED | EU672382 |
| KICK THE DUST UP | PA0002059210 |
| LEADER OF THE PACK | RE0000607399, EU0000848202 |
| LEAVE IT | PA0000197320 |
| LIFE CHANGES | PA0002130959 |
| LIGHTS COME ON | PA0002027846 |
| LIKE YOU AIN'T EVEN GONE | PA0001997596 |
| LIVE LIKE YOU WERE DYING | PA0001241664 |
| LONG COOL WOMAN (IN A BLACK DRESS) | RE0000825602, EU0000349588 |
| LOOKIN' AT YOU | PA0002115716 |
| LOOKIN' FOR THAT GIRL | PA0001893793 |
| LOVING YOU EASY | PA0001983582, PA0001985659 |
| MAGNOLIA | RE0000663443, EP0000289527 |
| MAY WE ALL | PA0002076822 |
| MEANT TO BE - ACOUSTIC | PAu003910254 |
| MEANT TO BE (FEAT. FLORIDA GEORGIA LINE) | PA0002087066 |
| MEIN HERR | PAu001890151 |
| MIDDLE OF A MEMORY | PA0002034345 |
| MISSING YOU | PA0000264024 |
| MY OLD FRIEND | PA0001241663 |
| NEED YOU NOW | PA0001692074 |

| Song Title | PA Number |
|---|---|
| NOTHIN' ON YOU (FEAT. BRUNO MARS) | PA0001731018 |
| ONE DAY | PA0001861447 |
| ONE WE WON'T FORGET | PA0002058964 |
| ORIGINAL PRANKSTER | PA0001032312 |
| OUT OF NOWHERE GIRL | PA0002124889 |
| OWNER OF A LONELY HEART | PA0000226697 |
| PARADISE BY THE DASHBOARD LIGHT | PA0000000614, PA0000125856 |
| PARTY LIKE YOU | PA0002056734 |
| PLAYING WITH FIRE | PA0002021090 |
| PLEASE COME HOME FOR CHRISTMAS | RE0000384651, EP0000145182 |
| PRIDE | PA0002115163 |
| QUEEN OF HEARTS | PA0002074534 |
| RITUAL (FEAT. WRABEL) | PA0002065257 |
| ROCKSTARS | PA0002056812, PA0002056813 |
| ROUND HERE | PA0001838485 |
| RUDY, A MESSAGE TO YOU | PA0000092134 |
| RUNNIN' OUTTA MOONLIGHT | PA0001859233 |
| SAVE THE BEST FOR LAST | PA0000566107, PA0000541282 |
| SEA OF LOVE | RE0000334486, EP0000137454 |
| SHE'S COUNTRY | PA0001670811 |
| SIPPIN' ON FIRE | PA0001997571 |
| SMALL TOWN BOY | PA0002140456 |
| SOUND OF DA POLICE | PA0000919598, PA0001038341 |
| SOUTHERN GIRL | PA0001837380 |
| STAY DOWNTOWN | PA0002023291 |
| STORY TO TELL | PA0002124920 |
| STRANGLEHOLD | EU672382 |
| SUMMER IN THE CITY REMASTERED | RE0000669821, EP0000231387 |
| SUMMER JAM (FEAT. FLORIDA GEORGIA LINE) | PA0001818492 |
| SUN DAZE | PA0001997579 |
| SUNSHINE AND SUMMERTIME | PA0001290858 |
| SURE BE COOL IF YOU DID | PA0001837390 |
| THAT'S MY KIND OF NIGHT | PA0001870880 |
| THE KIDS AREN'T ALRIGHT | PA0000929198 |
| THE LAZY SONG | PA0001742737 |
| THINK A LITTLE LESS | PA0002096645 |
| TIP IT BACK | PA0001803613 |
| TOTAL ECLIPSE OF THE HEART | PA0000833824, PA0000182428 |
| TRAIN KEPT A ROLLIN' | RE0000022898, EU0000257650 |
| UNDER THE BOARDWALK | RE0000586155, EP0000189833 |

| Song Title | PA Number |
|---|---|
| VIDEO KILLED THE RADIO STAR | PA0000050684 |
| WANGO TANGO | PA0000068041 |
| WASTIN' GAS | PA0002008093 |
| WAY WAY BACK | PA0002007307 |
| WE WERE US | PA0001878243 |
| WHAT A WONDERFUL WORLD  SINGLE VERSION | PA0001677594 |
| WHAT MAKES YOU COUNTRY | PA0002124888 |
| WHAT WE LIVE FOR | PA0002115168 |
| WHATEVER SHE'S GOT | PA0001899755 |
| WHERE I COME FROM | PA0001800008 |
| WORRY 'BOUT NOTHIN' | PA0002022274 |
| YOU MAKE IT EASY | PA0002141528 |
| YOU TOOK THE WORDS RIGHT OUT OF MY MOUTH (HOT SUMMER NIGHT) | PA0000125856 |
| YOU WON'T BE LONELY NOW | PA0001111200 |
| YOUNG | PA0001072885 |
| ANTE UP (FEAT. BUSTA RHYMES, TEFLON & REMI MARTIN) - REMIX | PA0001193869 |
| B.U.D.D.Y. | PA0001944492 |
| BACKBEAT | PA0002077991 |
| BLAME IT | PA0001761059, PA0001770185 |
| BOOMBASTIC | PA0000786728, PA0000707107 |
| BRUK IT DOWN | PA0001985185 |
| CAN'T LET YOU GO (FEAT. MIKE SHOREY & LIL' MO) | PA0001131996 |
| CLAPPERS (FEAT. NICKI MINAJ & JUICY J) | PA0001884518 |
| DINERO | PA0002127207 |
| EVERY TEARDROP IS A WATERFALL | PA0001766995 |
| FREAKY WITH YOU - RADIO EDIT | PA0002052511 |
| GET UP (RATTLE) - RADIO MIX | PA0001836893 |
| GREEN LIGHT (FEAT. ANDRE 3000) | PA0001640754 |
| HURTS LIKE HEAVEN | PA0001766982 |
| I MADE IT (CASH MONEY HEROES) | PA0001731611 |
| KILL JILL (FEAT. KILLER MIKE & JEEZY) | PA0002114939 |
| LE DISKO | PA0001167273 |
| LEAN WIT IT, ROCK WIT IT | PA0001163832 |
| LEGEND HAS IT | PA0002113097 |
| LEGO HOUSE | PA0001762047 |
| LOLLIPOP - ALBUM VERSION (EDITED) | PA0001619781 |
| LOVELY DAY | RE0000927826, EU0000817821 |
| MRS. OFFICER | PA0001787391 |

25

| Song Title | PA Number |
|---|---|
| NA NA | PA0001945848 |
| NEED U BAD | PA0001734091 |
| NEVER SCARED - CLUB MIX | PA0001367055 |
| PARADISE | PA0001766985 |
| PARTY TUN UP | PA0001985187 |
| PRINCESS OF CHINA | PA0001767004 |
| RAMALAMA (BANG BANG) | PA0001732931 |
| REVOFEV | PA0001763066 |
| RUBY BLUE | PAu002965728 |
| SEE MY TEARS | PA0002013079 |
| SET ADRIFT ON MEMORY BLISS (RE-RECORDED) | PA0000572957 |
| SUNCHYME | PA0000925547 |
| TAKE ME - RADIO EDIT | PA0001981627 |
| THA CROSSROADS | PA0000806597 |
| thank u, next | PA0002154953 |
| WATERFALLS | PAu002036683 |
| YOU KNOW MY STEEZ | PA0000904710 |
| YOU SPIN ME ROUND | PA0000855264 |
| 2 ON | PA0001705227 |
| 2 STEP | PA0002059556 |
| 31 DAYS | PA0002142631 |
| ALMOST BACK (WITH PHOEBE RYAN) | PA0002127020 |
| ALONE AGAIN | PA0001745769 |
| BACK 2 U | PA0002044183 |
| BAILAR | PA0002032895 |
| BARTENDER | PA0001932392 |
| BEAUTIFUL MONSTER | PA0001740306 |
| BEAUTIFUL PEOPLE | PA0001752889 |
| BIG ON BIG | PA0002127843, PA0002074260 |
| BLAME IT | PA0001761059, PA0001770185 |
| BLOOD ON THE LEAVES | PA0001855571 |
| BONELESS | PA0001862981 |
| BREAK IT OFF | PA0001676830 |
| BROWN PAPER BAG | PA0002127784, PA0002074748 |
| CAKE | PA0002144612 |
| CALABRIA 2008 | PA0001668101 |
| CHEERLEADER (FELIX JAEHN REMIX) RADIO EDIT | PA0002029573 |
| CINEMA (EXTENDED) | PA0001739853 |
| CLEARLY | PA0002132785 |

| Song Title | PA Number |
|---|---|
| COLLIDE  RADIO EDIT | PA0001753315 |
| COMMANDER | PA0001750325 |
| DANCE THE PAIN AWAY  (EELKE KLEIJN REMIX) [RADIO EDIT] | PA0001852861 |
| DELIRIOUS (BONELESS) | PA0001926657 |
| DISARM YOU (FEAT. ILSEY) | PA0002015915 |
| DON'T WAKE ME UP | PA0001806232 |
| DRIP (FEAT. MIGOS) | PA0002126752, PA0002142791 |
| EARTHQUAKEY PEOPLE (FEAT. RIVERS CUOMO)  DILLON FRANCIS REMIX | PA0001804664 |
| EVERYBODY NEEDS A KISS | PA0002142634 |
| EYES | PA0001761981 |
| FEEL (THE POWER OF NOW) | PA0002090622 |
| FIREWORK | PA0001724730, PA0001716006 |
| FURTHEST THING | PA0001896161, PA0001901086 |
| GET YOUR MONEY UP | PA0001881522, PA0002110157, PA0001670498 |
| GIRL GONE WILD | PA0001801991 |
| HOMECOMING - (EDITED) | PA0001591394, PA0001935930 |
| HOOD FIGGA | PA0001748488 |
| HOW BAD DO YOU WANT IT (OH YEAH) | PA0001868818 |
| I LIKE THAT | PA0001668093 |
| I REMEMBER | PA0001744494 |
| I THINK I'M IN LOVE WITH YOU | PA0000986732, PA0000997949 |
| ICE CREAM PAINT JOB | PA0001741359 |
| LESSONS IN LOVE | PA0001761973 |
| LIGHTERS UP | PA0002013199 |
| LIVE MY LIFE | PA0001778927 |
| LOCA PEOPLE  RADIO EDIT | PA0001744890 |
| LOVE DON'T LET ME GO | PA0001305648 |
| MADE TO LOVE | PA0001887754, PA0001893355 |
| MARVINS ROOM | PA0001788784, PA0001793876 |
| MFN RIGHT | PA0002053595 |
| MORE COLORS | PA0002090556 |
| MOSH PIT | PA0001881168 |
| MOVE BITCH | PA0001678837, PA0001100331 |
| MOVE FOR ME | PA0001744493 |
| MR. SAXOBEAT  RADIO EDIT | PA0001736539 |
| MRS. OFFICER | PA0001787391 |
| MY HITTA | PA0001922331, PA0001882080 |
| NEW LEVEL | PA0002068624, PA0002077210 |
| NO ROLE MODELZ | PA0001975907 |

| Song Title | PA Number |
|---|---|
| NONSTOP | PA0002115668 |
| ONLY GIRL (IN THE WORLD) | PA0001726524 |
| OUT OF CONTROL | PA0002092034 |
| PARANOID | PA0001625279, PA0001902150 |
| PRACTICE | PA0001793658, PA0001793872 |
| PRISON RIOT | PA0001971369 |
| PUT YOUR HANDS ON ME | PA0001700656 |
| RAINING | PA0001744567 |
| RIC FLAIR DRIP (& METRO BOOMIN) | PA0002106881, PA0002109055 |
| ROUND MIDNIGHT | EP3433327 |
| S&M | PA0001728237 |
| S&M REMIX | PA0001738513 |
| SANCTUARY | PA0002123431 |
| SAY YOU WON'T LET GO | PA0002065909 |
| SCOOBY DOO PA PA (REMIX) | PA0002151535 |
| SHAKE BABY SHAKE | PA0001759654 |
| SLOW DOWN LOVE | PA0002090523 |
| SO FINE | PA0001665916 |
| SOMETHING SOMETHING CHAMPS (FEAT. ZIP ZIP THROUGH THE NIGHT) RADIO EDIT | PA0001909779 |
| SOUNDCLASH | PA0001999698 |
| SUPASTARS | PA0002108962 |
| SWEET HARMONY (ORIGINAL MIX) | PA0002053596 |
| TERN IT UP | PA0002110014 |
| THE MORNING - ALBUM VERSION (EDITED) | PA0001913930, PA0001867780, PA0001824247 |
| THE POWER OF NOW | PA0002014831 |
| THIS IS WHAT IT FEELS LIKE | PA0001841659 |
| TIL IT'S GONE | PA0001945770 |
| TURN IT DOWN (WITH REBECCA & FIONA) RADIO EDIT | PA0001761988 |
| WALK IT OUT | PA0002057728 |
| WALK ON MINKS | PA0002142617 |
| WATER GUN (FEAT. JOHN RYAN) - RADIO EDIT | PA0002078144 |
| WE BE BURNIN' (RECOGNIZE IT) | PA0001705227 |
| WE LIGHT FOREVER UP (FEAT. FREDERICK) | PA0002090621 |
| WE OWN THE NIGHT  ORIGINAL MIX | PA0001791319 |
| WELCOME TO THE WORLD (FEAT. KANYE WEST & KID CUDI) | PA0001778475 |
| WHITE SAND | PA0002127847 |
| WILD ONE | PA0002095641 |
| WITHOUT LOVE | PA0002019748 |

| Song Title | PA Number |
|---|---|
| YES INDEED | PA0002142540 |